# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Mr. Andre Thomas, | Case No. 1:22-cv-459 |
|     Plaintiff(s), | Consent Case ; Litkovitz, M.J. |
| v. | |
| Officer John Brown, | |
|     Defendant(s). | |

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 11/14/2023

awh     November 14, 2023

KAREN L. LITKOVITZ
United States Magistrate Judge